**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE ACUITY BRANDS, INC. SECURITIES LITIGATION | Civil Action No. 1:18-cv-02140-MHC |

# CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS


**LABATON SUCHAROW LLP**
James W. Johnson (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Irina Vasilchenko (*pro hac vice*)
Philip J. Leggio (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
pleggio@labaton.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Andrew L. Zivitz (*pro hac vice*)
Johnston de F. Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Emails: azivitz@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com

*Counsel for Class Representative the Public Employees' Retirement System of Mississippi and Class Counsel for the Class*
*[additional counsel on signature page]*

Class Representative the Public Employees' Retirement System of Mississippi ("Mississippi PERS," "Lead Plaintiff," or "Class Representative"),[1] on behalf of itself and all other members of the Court-certified Class, hereby move this Court under Rule 23 of the Federal Rules of Civil Procedure for entry of the proposed Preliminary Approval Order that, among other things, will: (i) preliminarily approve the proposed Settlement of the above-captioned action; (ii) approve the form and manner of providing notice of the proposed Settlement to Class Members; and (iii) schedule a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Class Counsel's motion for an award of attorneys' fees and expenses.

In support of this Motion, the undersigned submit the accompanying Memorandum of Law, Declaration of Andrew L. Zivitz, and exhibits thereto.

The terms of the proposed Settlement are set forth in the Stipulation, which was entered into by all Parties to the Action.[2]

In accordance with the terms of the Stipulation, Defendants do not oppose this Motion.

---

1 All capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated as of December 2, 2021 (the "Stipulation"), which is attached as Exhibit 1 to the Declaration of Andrew L. Zivitz ("Zivitz Decl."), filed herewith.

2 Defendants are Acuity Brands, Inc., Vernon J. Nagel, Richard K. Reece, and Mark A. Black.

Dated: December 2, 2021

Respectfully submitted,

*s/ Andrew L. Zivitz*
Andrew L. Zivitz (*pro hac vice*)
Johnston de F. Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Emails: azivitz@ktmc.com
jwhitman@ktmc.com
jdancona@ktmc.com

James W. Johnson (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Irina Vasilchenko (*pro hac vice*)
Philip J. Leggio (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: jjohnson@labaton.com
mrogers@labaton.com
ivasilchenko@labaton.com
pleggio@labaton.com

*Counsel for Class Representative the Public Employees' Retirement System of Mississippi and Class Counsel for the Class*

*s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604
Email: mcaplan@caplancobb.com

*Liaison Counsel for Class Representative the Public Employees' Retirement System of Mississippi and Liaison Counsel for the Class*

Jason M. Kirschberg (*pro hac vice*)
**GADOW TYLER, PLLC**
511 E. Pearl Street
Jackson, Mississippi 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: jason@gadowtyler.com

*Additional Counsel for Class Representative the Public Employees' Retirement System of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Andrew L Zivitz*
Andrew L Zivitz