# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE ACUITY BRANDS, INC. SECURITIES LITIGATION | Civil Action No. 1:18-cv-02140-MHC |

## CLASS REPRESENTATIVE'S MOTION
## FOR FINAL APPROVAL OF CLASS ACTION
## <u>SETTLEMENT AND PLAN OF ALLOCATION</u>

**LABATON SUCHAROW LLP**
James W. Johnson (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Irina Vasilchenko (*pro hac vice*)
Philip J. Leggio (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: jjohnson@labaton.com
      mrogers@labaton.com
      ivasilchenko@labaton.com
      pleggio@labaton.com

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Andrew L. Zivitz (*pro hac vice*)
Johnston de F. Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Emails: azivitz@ktmc.com
      jwhitman@ktmc.com
      jdancona@ktmc.com

*Counsel for Class Representative the Public Employees' Retirement System of*
*Mississippi and Class Counsel for the Class*
*[additional counsel on signature page]*

Class Representative the Public Employees' Retirement System of Mississippi, on behalf of itself and all other members of the Court-certified Class, will move this Court, at the Settlement Hearing to be held on June 3, 2022 at 10:00 a.m., in Courtroom 1905, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, or by video or telephonic conference in the Court's discretion, under Rule 23 of the Federal Rules of Civil Procedure, for entry of the proposed Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair and reasonable.[1]

In support of this Motion, the undersigned submit the accompanying Joint Declaration of Andrew L. Zivitz and James W. Johnson and exhibits thereto, and the supporting Memorandum of Law.

A proposed Judgment, negotiated by the Parties, and a proposed Order granting the requested relief will be submitted with Class Representative's reply submission on or before May 27, 2022, after the deadline for objecting to the Motion or requesting exclusion from the Class has passed.

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated as of December 2, 2021 (ECF No. 158-3).

Dated:  April 29, 2022

Respectfully submitted,

*s/ Andrew L. Zivitz*
Andrew L. Zivitz (*pro hac vice*)
Johnston de F. Whitman, Jr. (*pro hac vice*)
Joshua E. D'Ancona (*pro hac vice*)
**KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Emails: azivitz@ktmc.com
            jwhitman@ktmc.com
            jdancona@ktmc.com


James W. Johnson (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Irina Vasilchenko (*pro hac vice*)
Philip J. Leggio (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: jjohnson@labaton.com
            mrogers@labaton.com
            ivasilchenko@labaton.com
            pleggio@labaton.com

*Counsel for Class Representative the Public
Employees' Retirement System of
Mississippi and Class Counsel for the Class*

*s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

2

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604
Email: mcaplan@caplancobb.com

*Liaison Counsel for Class Representative
the Public Employees' Retirement System of
Mississippi and Liaison Counsel for the
Class*

Jason M. Kirschberg (*pro hac vice*)
**GADOW TYLER, PLLC**
511 E. Pearl Street
Jackson, Mississippi 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
Email: jason@gadowtyler.com

*Additional Counsel for Class Representative
the Public Employees' Retirement System of
Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Andrew L Zivitz*
Andrew L Zivitz